**PEOPLE of the State of New York, Appellants, v. Gamble LATROVE, Jr., James P. Knowles, and William S. Erichs, Trustees of Thermiodyne Radio Corporation, Bankrupt, Appellees.**

Circuit Court of Appeals, Third Circuit. October 31, 1928.

No. 3897.

Albert Ottinger, Atty. Gen. (Robert P. Beyer, Deputy Asst. Atty. Gen., of counsel), for appellant.

James I. Boyce, of Wilmington, Del. (Ralph M. Arkush, of New York City, of counsel), for appellees.

Before WOOLLEY and DAVIS, Circuit Judges, and KIRKPATRICK, District Judge.

See, also, 26 F.(2d) 716.

PER CURIAM. Affirmed, on the opinion of Judge Morris in 26 F.(2d) 713.

---

**PEOPLE OF PORTO RICO v. PORTO RICO DRUG CO., Bankrupt.**

Circuit Court of Appeals, First Circuit. October 18, 1928.

No. 2243.

William Cattron Rigby, Lieutenant Colonel, Judge Advocate, of Washington, D. C. (John A. Hull, Major General, Judge Advocate General, of Washington, D. C., James R. Beverley, Atty. Gen., and J. A. Lopez Acosta, Asst. Atty. Gen., on the brief), for appellant.

Henri Brown, of San Juan, Porto Rico, for appellee bankrupt.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The following final decree was entered: The decree of the District Court and the order of the referee are vacated, and the case is remanded to that court, with leave to the appellent to have the case fully heard in accordance with the established rules of procedure on the amended claim filed August 9, 1927, with the referee, or on such amended claim as it may see fit to file within 30 days from the date mandate herein is received. The appellant recovers costs of appeal.

---

**Al PICKER, alias Yip, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit. October 15, 1928.

No. 88.

Leonard A. Snitkin, of New York City (Leo H. Klugherz, of New York City, of counsel), for plaintiff in error.

Charles H. Tuttle, U. S. Atty., of New York City (Alvin McKinley Sylvester, Asst. U. S. Atty., of New York City, of counsel), for defendant in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

**G. Hannon RADY, as Guardian ad Litem of Henry Rady, Infant, Libelant-Appellant, v. NETHERLANDS AMERICAN STEAM NAVIGATION COMPANY, also Known as the Holland American Line, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. October 29, 1928.

No. 38.

Frederic H. Cowden, of New York City, for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Morton L. Fearey and R. H. Caldwell, both of New York City, of counsel), for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed. See Gooch v. Oregon Short Line R. R. Co., 258 U. S. 22, 42 S. Ct. 192, 66 L. Ed. 443; Cudahy Packing Co. v. Munson S. S. Line (C. C. A.) 22 F.(2d) 898; W. R. Grace Co. v. Panama R. R. Co. (C. C. A.) 12 F.(2d) 338.

Decree affirmed, with costs.